```
                                              FILED
1  Edward W. Swanson, SBN 159859              JUL 13 2010
   August Gugelmann, SBN 240544
2  SWANSON McNAMARA & HALLER LLP              RICHARD W. WIEKING
   300 Montgomery Street, Suite 1100          CLERK, U.S. DISTRICT COURT
3  San Francisco, California 94104            NORTHERN DISTRICT OF CALIFORNIA
   Telephone: (415) 477-3800
4  Facsimile: (415) 477-9010

5  Attorneys for Defendant JOHNNY BROWN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. MJ 10-70394 MAJ |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING |
| v. | |
| JOHNNY BROWN, | |
| Defendant. | |

　　Johnny Brown, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney William Frentzen, hereby agree and stipulate as follows:

　　1)　The parties are scheduled to appear before this Court on July 14, 2010 at 9:30 a.m. for arraignment or preliminary hearing.

　　2)　The parties continue to discuss pre-indictment resolution to this matter but require additional time. To allow these negotiations to proceed, the parties request that this matter be continued to July 28, 2010 at 9:30 a.m.

/ / /

3)   The parties agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore request that time be excluded until July 28, 2010 pursuant to 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

Dated: July 12, 2010

/s/
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorneys for JOHNNY BROWN

Dated: July 12, 2010

/s/
William Frentzen
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore orders that time is excluded until July 28, 2010 pursuant to 18 U.S.C. § 3161(h)(7).

Dated: 7-13-10

United States Magistrate Court
Maria Elena James

Stipulation and [Proposed] Order for Continuance
*United States v. Brown*, MJ 10-70394 MAJ        2