1  Edward W. Swanson, SBN 159859
   August Gugelmann, SBN 240544
2  SWANSON McNAMARA & HALLER LLP
   300 Montgomery Street, Suite 1100
3  San Francisco, California 94104
   Telephone: (415) 477-3800
4  Facsimile: (415) 477-9010

5  Attorneys for Defendant JOHNNY BROWN

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,            No. MJ 10-70394 MAJ

12                    Plaintiff,         **STIPULATION AND [PROPOSED]**
                                         **ORDER CONTINUING HEARING**
13       v.

14 JOHNNY BROWN,

15                    Defendant.

17       Johnny Brown, by and through Edward W. Swanson, and the United States, by and
18 through Assistant United States Attorney William Frentzen, hereby agree and stipulate as
19 follows:
20       1)      The parties are scheduled to appear before this Court on September 1, 2010 at
21 9:30 a.m. for arraignment or preliminary hearing.
22       2)      The parties continue to discuss pre-indictment resolution to this matter but require
23 additional time.  To allow these negotiations to proceed, the parties request that this matter be
24 continued to September 15, 2010 at 9:30 a.m.
25 / / /

3)      The parties agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore request that time be excluded until September 15, 2010 pursuant to 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

Dated: August 31, 2010

/s/
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorneys for JOHNNY BROWN

Dated: August 31, 2010

/s/
William Frentzen
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore orders that time is excluded until September 15, 2010 pursuant to 18 U.S.C. § 3161(h)(7).

Dated:   August 31, 2010

United States Magistrate Court

**Stipulation and [Proposed] Order for Continuance**
*United States v. Brown*, MJ 10-70394 MAJ            2