1 Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
2 SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
3 San Francisco, California 94104
Telephone: (415) 477-3800
4 Facsimile: (415) 477-9010

5 Attorneys for Defendant JOHNNY BROWN

FILED

SEP 1 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. MJ 10-70394 MAJ |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |
| v. | |
| JOHNNY BROWN, | |
| Defendant. | |

Johnny Brown, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney William Frentzen, hereby agree and stipulate as follows:

1) The parties are scheduled to appear before this Court on September 15, 2010 at 9:30 a.m. for arraignment or preliminary hearing.

2) The parties continue to discuss pre-indictment resolution to this matter but require additional time. To allow these negotiations to proceed, the parties request that this matter be continued to September 29, 2010 at 9:30 a.m.

/ / /

1   3)   The parties agree that the ends of justice served by this continuance outweigh the
2   best interests of the public and the defendant in a speedy trial and therefore request that time be
3   excluded until September 29, 2010 pursuant to 18 U.S.C. § 3161(h)(7).
4
5   IT IS SO STIPULATED.
6
7   Dated: September 10, 2010                          /s/
                                                    Edward W. Swanson
8                                                   SWANSON & McNAMARA LLP
                                                    Attorneys for JOHNNY BROWN
9
10  Dated: September 10, 2010                          /s/
                                                    William Frentzen
11                                                  Assistant United States Attorney
12
13
14                                              **ORDER**
15       PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Court finds that the ends
16  of justice served by this continuance outweigh the best interests of the public and the defendant
17  in a speedy trial and therefore orders that time is excluded until September 29, 2010 pursuant to
18  18 U.S.C. § 3161(h)(7).
19
20  Dated: 13 Sept 10                                  [signature]
                                                    United States Magistrate Court
21
22
23
24
25
26
27
28

**Stipulation and [Proposed] Order for Continuance**
*United States v. Brown*, MJ 10-70394 MAJ         2