1  Edward W. Swanson, SBN 159859
   August Gugelmann, SBN 240544
2  SWANSON McNAMARA & HALLER LLP
   300 Montgomery Street, Suite 1100
3  San Francisco, California 94104
   Telephone: (415) 477-3800
4  Facsimile: (415) 477-9010

5  Attorneys for Defendant JOHNNY BROWN

9            UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,        | No. MJ 10-70394 MAJ
12 |                       Plaintiff, | **STIPULATION AND [PROPOSED]**
13 |            v.                    | **ORDER CONTINUING HEARING**
14 | JOHNNY BROWN,
15 |                       Defendant.

17     Johnny Brown, by and through Edward W. Swanson, and the United States, by and
18  through Assistant United States Attorney William Frentzen and Tarek Helou, hereby agree and
19  stipulate as follows:
20     1)    The parties are scheduled to appear before this Court on September 29, 2010 at
21  9:30 a.m. for arraignment or preliminary hearing.
22     2)    Counsel for the United States is not available on September 29. To accommodate
23  counsel's schedule, and to allow the parties additional time to discuss pre-indictment resolution
24  to this matter, the parties request that this matter be continued to October 21, 2010 at 9:30 a.m.
25  ///

3) The parties agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore request that time be excluded until October 21, 2010 pursuant to 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

Dated: September 24, 2010

/s/
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorneys for JOHNNY BROWN

Dated: September 24, 2010

/s/
Tarek Helou
William Frentzen
Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore orders that time is excluded until October 21, 2010 pursuant to 18 U.S.C. § 3161(h)(7).

Dated: 24 Sept 2010

United States Magistrate Court

Stipulation and [Proposed] Order for Continuance
*United States v. Brown*, MJ 10-70394 MAJ          2