Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant JOHNNY BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. MJ 10-70394 MAJ |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |
| v. | |
| JOHNNY BROWN, | |
| Defendant. | |

      Johnny Brown, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney William Frentzen and Tarek Helou, hereby agree and stipulate as follows:

      1)     The parties are scheduled to appear before this Court on October 21, 2010 at 9:30 a.m. for arraignment or preliminary hearing.

      2)     The parties continue to discuss pre-indictment resolution of this matter but require additional time for these discussions. The parties therefore request that this matter be continued to November 4, 2010 at 9:30 a.m.

/ / /

3) The parties agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore request that time be excluded until November 4, 2010 pursuant to 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

Dated: October 18, 2010

/s/
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorneys for JOHNNY BROWN

Dated: October 18, 2010

/s/
William Frentzen
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore orders that time is excluded until November 4, 2010 pursuant to 18 U.S.C. § 3161(h)(7).

Dated: 10/20/10

United States District Court
Judge Joseph C. Spero

**Stipulation and [Proposed] Order for Continuance**
*United States v. Brown*, MJ 10-70394 MAJ    2