1  Edward W. Swanson, SBN 159859
   August Gugelmann, SBN 240544
2  SWANSON & McNAMARA LLP
   300 Montgomery Street, Suite 1100
3  San Francisco, California 94104
   Telephone: (415) 477-3800
4  Facsimile: (415) 477-9010

5  Attorneys for Defendant JOHNNY BROWN



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. MJ 10-70394 MAJ |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |
| v. | |
| JOHNNY BROWN, | |
| Defendant. | |

Johnny Brown, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney William Frentzen and Tarek Helou, hereby agree and stipulate as follows:

1) The parties are scheduled to appear before this Court on November 18, 2010 at 9:30 a.m. for arraignment or preliminary hearing.

2) The parties continue to discuss pre-indictment resolution of this matter but require additional time for these discussions. The parties therefore request that this matter be continued to November 30, 2010 at 9:30 a.m.

///

3) The parties agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore request that time be excluded until November 30, 2010 pursuant to 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

Dated: November 15, 2010

/s/
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorneys for JOHNNY BROWN

Dated: November 15, 2010

/s/
William Frentzen
Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore orders that time is excluded until November 30, 2010 pursuant to 18 U.S.C. § 3161(h)(7).

Dated: 11/17/10

United States Magistrate Court

Edward M. Chen
United States Magistrate Judge

Stipulation and [Proposed] Order for Continuance
*United States v. Brown*, MJ 10-70394 MAJ            2